PROB 12C
(6/16)

Report Date: February 3, 2025

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 04, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Chrystal M. Zarate-Cruz | Case Number: 0980 2:22CR00133-TOR-3 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Spokane, Washington 99201 | |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 18, 2023

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | | |
| Original Sentence: | Prison - 52 days; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl Hicks | Date Supervision Commenced: | October 18, 2023 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | October 17, 2026 |

### PETITIONING THE COURT

To issue a summons.

On October 20, 2023, a supervision intake was completed. Ms. Zarate-Cruz signed a copy of her judgment indicating an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 10**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Chrystal Zarate-Cruz violated the terms of her supervised release by consuming a controlled substance, fentanyl, on or about January 24, 2025.<br><br>The undersigned officer had received information from a community member that Ms. Zarate-Cruz may be distributing controlled substances from her residence, specifically fentanyl.<br><br>On January 24, 2025, the offender reported and submitted to a urinalysis. The sample tested presumptive positive for fentanyl. Ms. Zarate-Cruz denied use and the sample was sent to the lab for additional testing. A lab report has since been received and confirmed a positive presence for fentanyl. |

Prob12C
**Re: Zarate-Cruz, Chrystal M**
**February 3, 2025**
**Page 2**

2  **Standard Condition # 8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

**Supporting Evidence**: It is alleged that Chrystal Zarate-Cruz violated the terms of her supervised release by associating with an individual engaged in criminal activity, on or about February 3, 2025.

On February 3, 2025, a search was conducted at Ms. Zarate-Cruz's residence. Present in her residence was her adult son who Ms. Zarate-Cruz admitted is an active user of fentanyl. She also indicated he and his girlfriend were smoking the substance in her home that morning. In addition, he had an outstanding warrant in relation to a domestic violence incident from October 2024 which Ms. Zarate-Cruz is the victim. In addition there is an active no contact order protecting Ms. Zarate-Cruz from her son. Also present was the girlfriend to the offender's son who was in possession of suspected methamphetamine and drug paraphernalia.

3  **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: It is alleged that Chrystal Zarate-Cruz violated the terms of her supervised release by allowing her son to reside in her home, on or about February 3, 2025.

On October 29, 2024, Spokane police responded to Ms. Zarate-Cruz' residence in response to a domestic violence call. It was reported that Ms. Zarate-Cruz' son had been staying at her apartment and on that day he assaulted her after she declined to give him money for drugs. The offender's son was arrested for domestic violence and a no contact order was issued. That same day this officer advised her that she is prohibited from having him at her residence until further notice.

The undersigned officer received information that Ms. Zarate-Cruz's son has been residing at her residence. On February 3, 2025, a search was conducted at her residence. Her son was present at the time of our arrival. Although, Ms. Zarate-Cruz denied that he was residing there, she did admit that he ha been staying there for several days and a significant amount of his belongings were there. In addition, she had a second bed in the residence for him to utilize, which had not been in the residence during previous home contacts.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    02/03/2025

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
Re: Zarate-Cruz, Chrystal M
February 3, 2025
Page 3

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Thomas O. Rice* (signature)

Thomas O. Rice
United States District Judge

February 4, 2025

Date